1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD, on behalf of himself and all others similarly situated, | Case No. 2:23-cv-02398-DJC-AC |
| Plaintiffs, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF CLASS CLAIMS AND REPRESNETATIVE CLAIMS UNDER THE PRIVATE ATTORNEYS GENERAL ACT, WITHOUT PREJUDICE** |
| v. | |
| UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 100, Inclusive | |
| Defendants. | |

**ORDER GRANTING STIPULATION DISMISSING CLASS CLAIMS AND PAGA CLAIMS**

**ORDER**

The Court has reviewed the Stipulation for Dismissal of Class Claims and Representative Claims under the Private Attorneys General Act, without prejudice, (the "Stipulation"), filed by Joshua Todd ("Plaintiff") and Defendant United Parcel Service, Inc., ("Defendant") (collectively, the "Parties").

The Parties' Stipulation requesting dismissal of Plaintiff's class claims and representative claims under the Private Attorneys General Act ("PAGA"), without prejudice, is hereby GRANTED.  Each party will bear its own costs, expenses, and attorneys' fees as to the dismissal of the class allegations and PAGA claims.

**IT IS SO ORDERED.**

Dated:  April 11, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING STIPULATION DISMISSING CLASS CLAIMS AND PAGA CLAIMS**