# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 2:23-cv-02398-DJC-AC<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF ACTION** |

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**

## ORDER

The Court has reviewed the Rule 41 Stipulation For Dismissal of Action, pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff JOSHUA TODD ("Plaintiff") and Defendant UNITED PARCEL SERVICE, INC. ("Defendant") (collectively, the "Parties").

The Parties' Stipulation requesting dismissal, with prejudice, of Plaintiff's individual claims asserted in the action is hereby GRANTED.  Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  June 18, 2024         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE